United States Court of Appeals for the District of Columbia and motion for leave to proceed further *in forma pauperis* denied. *Miss Etta L. Taggart* for petitioner. No appearance for respondents.

No. 38. OMAHA BAUM IRON STORE, INC. *v.* UNITED STATES. October 14, 1935. Petition for writ of certiorari to the Court of Claims denied. The motion to remand to the Court of Claims for further findings is also denied. *Mr. Thaddeus G. Benton* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. Sewall Key* for the United States.

No. 147. INTERNATIONAL AGRICULTURAL CORP. ET AL. *v.* AMTORG TRADING CORP. October 14, 1935. Petition for writ of certiorari to the United States Court of Customs and Patent Appeals denied for want of jurisdiction. Act of June 17, 1930, c. 497, § 337 (c), 46 Stat. 590, 703–704; U. S. Code, Title 19, § 1337 (c). *Messrs. L. Randolph Mason* and *Henry D. Williams* for petitioners. *Messrs. J. Harry Covington, John Marshall,* and *Alan C. Maxwell* for respondent.

No. 42. CHIPPEWA INDIANS OF MINNESOTA *v.* UNITED STATES ET AL. October 14, 1935. Petition for writ of certiorari to the Court of Claims denied. *Mr. Webster Ballinger* for petitioner. *Solicitor General Reed, Assistant Attorney General Blair,* and *Mr. George T. Stormont* for the United States et al.